UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS EL BEY CARLOS LAMON,
    Plaintiff,

v.    CASE NO. 3:20-cv-127-J-20JRK

SGT. ARCHIE CREWS,
    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6). The Magistrate Judge recommended that this case be dismissed for failure to prosecute this action pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judges Report and Recommendation (Dkt. 6) is adopted;

2. The Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (Dkt. 5), filed March 2, 2020, which is construed as an Amended Motion to Proceed In Forma Pauperis ("Amended Motion") is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of April, 2020.

                HARVEY E. SCHLESINGER
                UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Thomas El Bey Carlos Lamon, *Pro Se*